IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

vs.

KEVIN SCOTT KONEN,

        Defendant

_____/

Case No. 1:18-CR-244

Hon. Gordon J. Quist

**DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE AND/OR DOWNWARD DEPARTURE**

NOW COMES the defendant, Kevin Scott Konen, by and through his attorney, Dodge & Dodge PC, and respectfully moves this Court to depart or vary downwardly from the calculated guidelines. The reasons which support this Motion are set forth in the attached Memorandum in Support.

Grand Rapids, MI
April 4, 2019

Respectfully submitted,

/s/ Mark D. Dodge
Mark D. Dodge (P69626)
Dodge & Dodge, PC
The Trust Building, Suite 845
40 Pearl Street NW
Grand Rapids, MI 49503
(616) 459-3850